UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CRAIG CRISTINI,

    Petitioner,                               Civil No. 01-CV- 74483-DT
                                              HONORABLE DENISE PAGE HOOD
v.                                          UNITED STATES DISTRICT JUDGE

JEFFREY WOODS,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on February 29, 2012.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that Petitioner shall be granted leave to appeal *In Forma Pauperis.*

Dated at Detroit, Michigan, this 29th, day of February, 2012.

                                                             DAVID J. WEAVER
                                                              CLERK OF THE COURT

APPROVED:                                        BY:  s/LaShawn R. Saulsberry
                                                                    DEPUTY CLERK

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

**01-74483 Cristini v. Woods**
**Judgment**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served James Cristini 244014, Kinross Correctional Facility, 16770 S. Watertower Drive, Kincheloe, MI 49788 and upon counsel of record on February 29, 2012, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager